(36 South. 991.)

No. 15,107.

## BRUNING v. BARRETT.*

(June 20, 1904.)

### PAVING CERTIFICATE.

1. Same as in Redersheimer v. Bruning (this day decided) 36 South. 990, ante, p. 343.

(Syllabus by the Court.)

Appeal from Civil District Court, Parish of Orleans; Walter Byers Sommerville, Judge.

Action by Henry J. Bruning against Madeline Braun Barrett. Judgment for plaintiff, and defendant appeals. Reversed.

William S. Benedict and Francis Rivers Richardson, for appellant. Robert Lee Tullis (Buck, Walshe & Buck, of counsel), for appellee.

PROVOSTY, J. This suit, like that of Redersheimer v. Henry J. Bruning (this day decided) 36 South. 990,[1] involves the validity of a claim on a paving certificate. Among other issues raised in it is that as to the authority of the executive officers of the city to proceed to have the sidewalk work in question done by contract, without having first afforded an opportunity to the property owner to do the work herself. In the Redersheimer Case it was held that the executive officers of the city had no such authority, and that, as a consequence, the doing of the work had been unauthorized, and had not had the effect of creating a debt against the property or its owner.

For this reason, for which the judgment in the Redersheimer Case was sustained, the judgment in the present case must be set aside.

It is therefore ordered, adjudged, and decreed that the judgment appealed from be set aside, and that the plaintiff's suit be dismissed at his cost.

*Rehearing denied June 30, 1904.
[1] Ante, p. 343.